IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DELIA WEST, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC. and PDS TECHNICAL SERVICES, INC.<br><br>Defendants. | CASE NO.: 8:08-cv-01325-VMC-MAP |

## DECLARATION OF ELLEN JACKSON

TAB #26 TO

APPENDIX OF EXHIBITS IN SUPPORT OF
DEFENDANTS' MEMORANDA OF LAW IN OPPOSITION TO PLAINTIFF'S
MOTION TO CONDITIONALLY CERTIFY COLLECTIVE ACTION, TO
FACILITATE NOTICE,
AND FOR LIMITED EXPEDITED DISCOVERY

| | |
|---|---|
| THOMPSON, SIZEMORE, GONZALEZ & HEARING, P.A.<br>Gregory A. Hearing<br>Luis A. Cabassa<br><br>GREENBERG TRAURIG, LLP<br>Alan Mansfield<br>Jonathan L. Sulds<br>William A. Wargo<br><br>COUNSEL FOR DEFENDANT<br>VERIZON COMMUNICATIONS, INC. | ALSTON & BIRD LLP<br>Robert P. Riordan<br>Brett E. Coburn<br>Camille W. Ward<br><br>MACFARLANE FERGUSON & MCMULLEN, P.A.<br>Jeffrey W. Gibson<br><br><br><br>COUNSEL FOR DEFENDANT PDS TECHNICAL SERVICES, INC. |

## DECLARATION OF ELLEN JACKSON

My name is Ellen Jackson. I hereby give this declaration pursuant to 28 U.S.C. § 1746. I am competent to give this Declaration and I have personal knowledge of each of the facts stated herein. I am giving this Declaration following my interview by attorneys representing PDS Technical Services, Inc. ("PDS") and Verizon. I understand and have been told that these attorneys do not represent me. I am not represented by any attorney in connection with a lawsuit against PDS or Verizon. I understand and acknowledge that my participation in the interview and giving this Declaration is fully voluntary. I have been advised specifically that I could decline to answer questions and be interviewed and that I am not required to give this Declaration. I also have been advised and understand that I will not receive any reward or job benefit because I participated in the interview or gave this Declaration.

1.

I am currently employed by PDS Technical Services, Inc. as a Personal Account Manager ("PAM"). I started my job as a PAM on or about April 7 As a PAM, I am responsible for handling customer inquiries, issues, and complaints from a group of approximately 600 residential telephone, internet, and cable television customers of Verizon. The telephone, internet, and cable television portion of Verizon's business is referred as FIOS, which is short for fiber-optic solutions. The group of Verizon customers to which I am assigned all reside in the Tampa area. In addition to helping resolve customer inquiries and complaints, I also attempt to up-sell additional Verizon FIOS products or upgraded services to my group of customers.

2.

I am paid a base salary of $400 per week. It is my understanding that this base salary is compensation for all hours I work during a given week. I am also eligible to receive a $200

INITIAL

bonus each week if my customer satisfaction score for that week is a 9 or 10 on a scale of 10. I have received this bonus every week except four since I started as a PAM.

3.

In connection with my duties as a PAM, I have been issued a Blackberry by Verizon, along with a cell phone number that is associated with that Blackberry. I have also been issued two Verizon e-mail addresses – one that goes directly to my Blackberry, and one that I check via the Internet.

4.

I mostly work from home as a PAM, but I am able to do my job as a PAM from anywhere because I can take my Blackberry and laptop computer with me wherever I go. I am only required to log all customer inquiries I receive on a particular day on the PAM website by 9 p.m. that same day.

5.

My assigned customers contact me via my cell phone or e-mail when they have questions or issues. The majority of the customer inquiries I receive come via phone, while the rest come via e-mail. The inquiries I receive are generally about billing issues or technical issues. When I receive an inquiry, I direct it to the appropriate area of Verizon for resolution and I remain on the line with the customer on a three-way call. I direct billing inquiries to Verizon's billing department, and I direct technical inquiries to Verizon's Fiber-Optic Solution Center ("FSC"). I log all customer inquiries I receive on Verizon's PAM website (vzpam.com), to which I have my own personal login and password.

INITIAL

6.

I currently receive an average of seven to twelve customer inquiries per day, though this number can vary quite a bit from day to day. When I first started as a PAM, I was instructed to call thirty or more of my FIOS customers per day to introduce myself. After I met this goal, I was instructed to go through my list and call these customers again. In July, we were instructed to cease these outbound calls. During the first twelve to sixteen weeks of my employment as a PAM (April, 2008 through some point in July, 2008), I can't estimate how many customer inquiries I received per day, but it was extremely busy.

7.

As a PAM, I am supposed to be available to respond to customer inquiries and complaints from 9 a.m. to 9 p.m., Monday through Saturday. I am required to try to answer my customer calls without letting the calls go to voicemail. I have been instructed that calls or e-mails received between 9 a.m. to 9 p.m., Monday through Saturday, are to be returned during the same day, and that all other calls or e-mails are to be returned the next business day.

8.

Currently, the amount of time I spend performing work as a PAM during the day depends on the volume of customer inquiries I receive. I start my PAM work day around 9 a.m. and log on to vzpam.com to check our "orders and troubles."

9.

Since July when we were instructed that we no longer had to make outbound calls, there are significant blocks of time during my average day as a PAM where I am free to do other, non-PAM related activities. I love my job, because of the flexibility it allows me. I simply take my Blackberry and a notebook with me, in case I receive a PAM customer inquiry while engaged in

INITIAL

other matters. Currently, I also regularly engage in other activities, such as work around my home, preparing meals, shopping, and doctor's appointments when I am also on-call as a PAM.

10.

I almost always answer calls on my PAM Blackberry right when they come in, and I usually respond to customer e-mails right away. If I am not able to take a call because of some other personal activity I am engaged in at the moment, I will let a call go through to voicemail and then return the customer's call as soon as I can.

11.

Whenever I am doing work as a PAM, I am using some form of technology – either my PAM Blackberry (for cell phone or e-mail), or a computer (so I can access Verizon's PAM website or respond to e-mails).

12.

When I began working as a PAM, I was required to attend weekly and then later, bi-weekly meetings with my PAM supervisor and the other PAMs under her/his supervision. These meetings typically last about one to one and one half hours.

13.

On average, since July when we were instructed that we no longer were required to make outbound calls, I work as a PAM at least three but no more than four hours per day (Monday through Saturday), including the time I spend checking and entering information into the PAM website, any other time spent on a computer relating to my duties as a PAM, speaking with customers on the phone, e-mailing customers, connecting customers with Verizon technicians (including time spent on hold waiting for a technician) and listening in on conversations between technicians and customers, making sales, and attending PAM-related meetings (including travel

INITIAL

time). Since July, I have not worked more than 40 hours in a week, including all of the activities listed above.

I have reviewed the foregoing Declaration carefully and have been given the opportunity to make any changes I feel are necessary and this I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of August, 2008.

_____
ELLEN JACKSON

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2008, I electronically filed the foregoing Declaration with the Clerk of the Court by using the CM/ECF system, which automatically sends email notification of such filing to the following attorneys of record for Plaintiff: Ryan D. Barack.

By: /s/ Brett E. Coburn
Brett E. Coburn