UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DELIA WEST, ET AL.,

    Plaintiffs,

v.                        Case No. 8:08-cv-1325-T-33MAP

VERIZON COMMUNICATIONS, INC., ET AL.,

    Defendants.
_____/

### ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Mediation (Doc. # 182) filed on May 13, 2010, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator**:    Mark A. Hanley, Esq.
    **Address**:    100 S. Ashley Drive, Suite 1300
                     Tampa, Florida 33602
    **Telephone**:    (813) 229-3333

By agreement of the parties, the mediation conference is scheduled for **10:00 a.m. on July 20, 2010.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 14th day of May 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

```
Copies:
All Counsel of Record
Mediator Mark A. Hanley, Esq.
100 S. Ashley Drive, Suite 1300
Tampa, Florida 33602
```